# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| JIMMIE T. JONES, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV415-235 |
| CITY OF MIDWAY, GEORGIA; KELLI MORNINGSTAR, in her official capacity; and OFFICE F.N.U. AINSWORTH, in his individual and official capacities, | ) |
| Defendants. | ) |

## ORDER

In this excessive-force, 42 U.S.C. § 1983 case, the defendants move to compel plaintiff Jimmie T. Jones written discovery responses. Doc. 8. Since Jones failed to respond and the motion is otherwise supported, it is **GRANTED** per Local Rule 7.5 ("Failure to respond within the applicable time period shall indicate that there is no opposition to a motion."). Plaintiff must respond within 14 days of the date this Order is served or face sanctions.

**SO ORDERED**, this 6th day of January, 2016.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA