IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JIMMIE T. JONES, )
 )
 Plaintiff, )
 )
v. ) CASE NO. CV415-235
 )
CITY OF MIDWAY, GEORGIA; )
KELLI MORNINGSTAR, in her )
official capacity as Police )
Chief for the City of Midway; )
and OFFICER F.N.U. AINSWORTH; )
 )
 Defendants. )
 )

## ORDER

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice. (Doc. 13.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiff's claims in this case are **DISMISSED WITH PREJUDICE**. Each party in this action shall bear its own costs and attorney fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 20th day of April 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA